UNITED STATES OF AMERICA

vs.

**DEFENDANT**    Christine Osei AMANKWAH

UNITED STATES DISTRICT COURT

FOR

NORTHERN DISTRICT OF NEW YORK

Docket No.    96-MG-185

## JUDGMENT AND PROBATION/COMMITMENT ORDER

The defendant appeared in person on:    April _____ 19, _____ 1996
                                         Month      Day       Year

**COUNSEL    X    WITHOUT COUNSEL**    However, the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

            **WITH COUNSEL**
                              Name of Counsel

**PLEA    X    GUILTY**, and the court being satisfied that there is a factual basis for the plea.
          _____ NOLO CONTENDERE
          _____ NOT GUILTY

U. S. DISTRICT COURT
N.D. OF N.Y.
**FILED**
MAY 8  1996
GEORGE A. RAY, Clerk
UTICA

A TRUE COPY
HENRY VAN ACKER, JR.
U.S. MAGISTRATE

There being a finding/verdict of:    _____ NOT GUILTY. Defendant is discharged
                                      X    GUILTY

**FINDING
AND
JUDGMENT**

Defendant has been charged of the offense(s) of:

Defendant did knowingly possess an identification document (other than one issued lawfully for the use of the possessor) with the intent such document be used to defraud the United States, to wit: Christine Osei AMANKWAH, being an alien born in Ghana, presented a U.K. passport in the name of Yvette Alexis Angelina DAVY to a United States Immigration Inspector at Champlain, NY and claimed to be Yvette Alexis Angelina DAVY, this being in violation of

Title: _____ 18 _____ United States Code, Section _____ 1028(a)(4)

The court asked whether defendant had anything to say why judgment should not be pronounced because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of:

**SENTENCE
OR
PROBATION
ORDER**

Term of Imprisonment:    Ten (10) days beginning April 19, 1996.

Fine of $ _-0-_  and special assessment of $ 25.00 _____ imposed _but not paid_ .

    X  Special assessment remitted under 18 U.S.C. 3573 upon petition of Government.

DATED: _____ April 19, _____ 1996

Henry Van Acker, Jr.
U.S. Magistrate Judge
One Lincoln Blvd.
Rouses Point, NY 12979
(518) 297-2100

Amankwah, Christine Osei

96-MG-185

RETURN

CLINTON CO. JAIL
25 McCARTHY DRIVE
PLATTSBURGH, NY 12901

Defendant delivered on   4-22-96                                         Jail

_____ the institution designated by the

Attorney General with a certified copy of the within Judgement and Commitment.


EDWARD J. KELLY, US Marshal

By: _____

Title: _____